IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00976-OES

FREDERICK ROBINSON,

    Applicant,

v.

JOSEPH ORTIZ, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 11 2005

GREGORY C. LANGHAM
CLERK

---

## ORDER DISCHARGING SHOW CAUSE ORDER AND DRAWING CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

On June 7, 2005, the Court ordered Applicant Frederick Robinson to show cause why the instant habeas corpus action should not be denied as barred by the one-year limitation period in 28 U.S.C. § 2244(d). On June 23, 2005, Applicant filed a Response to Order to Show Cause. Applicant alleges in his Response that the action is timely and that the one-year limitation period should not run from December 4, 1997, until May 26, 1998, from August 31, 2000, until December 12, 2000, from August 26, 2002, until February 25, 2003, and from April 18, 2005, until May 10, 2005, because he had a properly filed application for state postconviction or other collateral review pending in state court.

Therefore, the Application will not be denied at this time as barred by the one-year limitation period. The order directing Applicant to show cause will be discharged. The case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the Court's June 7, 2005, Order directing Applicant to show cause is discharged.  It is

FURTHER ORDERED that the case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this _11_ day of _July_ _____, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


**CERTIFICATE OF MAILING**


Civil Action No. 05-cv-00976-OES

Frederick Robinson
Prisoner No. 85004
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826


    I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on 7/11/05


GREGORY C. LANGHAM, CLERK


By: _____
        Deputy Clerk