IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-00976-WDM-MJW

FREDERICK ROBINSON,

Applicant,

v.

JOSEPH ORTIZ, et al.,

Respondents.

MINUTE ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the petitioner's Motion for Leave to File Traverse to Respondent's Answer to Order to Show Cause, which was filed on August 19, 2005 (Docket No. 12), is granted, and accordingly, the petitioner shall have up to and including October 3, 2005, to file a traverse.  It is further

ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

Case Manager for
Frederick Robinson
#85004
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

Date: August 19, 2005