IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00976-WDM-MJW

FREDERICK ROBINSON,

Applicant,

v.

JOSEPH ORTIZ, et al.,

Respondents.

MINUTE ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the petitioner's Motion to Appoint Counsel, which was filed on July 28, 2006 (Docket No. 16), is denied.  "[T]here is no constitutional right to counsel beyond the appeal of a criminal conviction, and . . . generally appointment of counsel in a § 2254 proceeding is left to the court's discretion . . . .  However, there is a right to counsel in a habeas case when the district court determines that an evidentiary hearing is required."  <u>Swazo v. Wyoming Dep't of Corr. State Penitentiary Warden</u>, 23 F.3d 332, 332 (10th Cir. 1994).  This court finds that appointment of counsel is not warranted in this case.  Petitioner has been able to present his arguments to the court, and no evidentiary hearing appears to be necessary.  It is further

     ORDERED that the petitioner's Motion to Review the State Record, which was filed on July 28, 2006 (Docket No. 17), is granted to the extent that the court will review the relevant state court records when the petitioner's habeas application is reviewed by this court in due course.  It is further

     ORDERED that the petitioner's Request for Evidentiary Hearing, which was filed on July 28, 2006 (Docket No. 18), is denied.  An evidentiary hearing does not appear to be necessary in this case.

Date: August 2, 2006