IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00976-WDM-MJW

FREDERICK ROBINSON,

Applicant,

v.

JOSEPH ORTIZ, et al.,

Respondents.

## MINUTE ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that based upon the Respondents' Response (Docket No. 22), the Petitioner's Motion Requesting Court's Order, Ordering Respondents to Supply the Applicant with a Copy of Exhibits H and I Attached to Their Answer to Order to Show Cause, which was filed on August 28, 2006 (Docket No. 21), is denied as moot.

Date: August 30, 2006