IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00976-WDM-MJW

FREDERICK ROBINSON,

Applicant,

v.

JOSEPH ORTIZ, et al.,

Respondents.

## MINUTE ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the petitioner's Motion Requesting Status Report (Docket No. 33) is granted to the extent that the petitioner is advised that there are a number of older applications that are also awaiting rulings.  Petitioner's application will and motions be addressed in due course.

Date: January 16, 2007