IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00976-WDM-MJW

FREDERICK ROBINSON,

Applicant,

v.

JOSEPH ORTIZ, et al.,

Respondents.

---

**MINUTE ORDER**

---

**Entered by United States Magistrate Judge Michael J. Watanabe**

Based upon the Recommendation issued in this case by this court today, it is
hereby **ORDERED** that petitioner's Motion for Request for Status Report (Docket No.
48) is denied.

Date: May 30, 2008