IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00976-WDM-MJW

FREDERICK ROBINSON,

    Applicant,

v.

JOSEPH ORTIZ, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Miller, Judge

    Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. I have reviewed the file and find that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 19 day of September, 2008.

BY THE COURT:

JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO